UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRELL S.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No.:  23-cv-2174-KSC<br><br>**Order on Joint Motion For Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment [Doc. No. 15]** |

　　　Plaintiff filed this action challenging the final decision of the Commissioner of Social Security denying plaintiff's claim for benefits. Doc. No. 1. This Court directed the parties to explore informal resolution of the matter through the meet-and-confer process. *See* Doc. No. 9. The parties were unable to resolve the case initially, and plaintiff filed an opening brief. Doc. Nos. 10, 13. However, on May 14, 2024, the parties jointly moved for remand under sentence for of 42 U.S.C. § 405(g). Doc No. 15 (the "Joint Motion").

　　　Having reviewed the Complaint and the Joint Motion, the Court **GRANTS** the Joint Motion. The decision of the Commissioner in this matter is vacated and the matter is remanded to the Administration. Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The Clerk of Court shall enter a final judgment in favor of

1

1  plaintiff, and against defendant. The entry of judgment will begin the running of the thirty-
2  day period for which plaintiff, as the prevailing party, may make a timely application for
3  attorneys' fees under the Equal Access to Justice Act. *See* 28 U.S.C. § 2412(d)(1)(B);
4  *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002).

5     IT IS SO ORDERED.

6  Dated: May 14, 2024

           Hon. Karen S. Crawford
           United States Magistrate Judge